**EXHIBIT B**

# PACA TRUST CHART

**PACA Trust Creditor:** Westwood Banana Co., Inc.

*NAME OF DEBTOR/DEFENDANT* National Farms Wholesale, Inc.
*COURT and CASE NUMBER* U.S.D.C. S.D.N.Y.   Case No.

| Invoice Number | Invoice Date | Payment Due Date | Invoice Balance | Number of Days Overdue 3/30/16 | Accrued Interest through 3/30/16* | PACA Trust Amount |
|---|---|---|---|---|---|---|
| 50837 | 10/17/15 | 10/27/15 | $10,323.00 | 154 | $783.98 | $11,106.98 |
| 50905 | 10/23/15 | 11/2/15 | $12,516.00 | 148 | $913.50 | $13,429.50 |
| 51013 | 10/30/15 | 11/9/15 | $4,980.00 | 141 | $346.28 | $5,326.28 |
| | | ** *Add daily interest in the amount of* | $13.72 | | 30-Mar-16 | |
| | | *** *Add attorney's fees incurred* | | | | |
| | | | | | | |
| | | **TOTAL** | **$27,819.00** | | **$2,043.76** | **$29,862.76** |

\* Calculated at the rate of   18.00%   annually
\*\* Add daily interest in the amount of   $13.72   from March 30, 2016
\*\*\* Claimant reserves the right to include recoverable attorney's fees within Claimaint's PACA trust claim.


Exhibit #1



# WESTWOOD BANANA CO.

## Invoice

**WESTWOOD BANANA CO., INC.**
109 PROSPECT PLACE
HILLSDALE, NJ 07642
201-664-2230

| DATE | INVOICE # |
|---|---|
| 10/17/2015 | 50837 |

| BILL TO | SHIP TO |
|---|---|
| National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 | National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 |

| TERMS | DUE DATE |
|---|---|
| Net 10 days | 10/27/2015 |

| ITEM | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| bana | Bananas | 528 | 16.00 | 8,448.00 |
| plan | Plantains | 75 | 25.00 | 1,875.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (U.S.C. 499 e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total** $10,323.00



# Invoice

**WESTWOOD BANANA CO., INC.**
109 PROSPECT PLACE
HILLSDALE, NJ 07642
201-664-2230

Exhibit #4

| DATE | INVOICE # |
|---|---|
| 10/23/2015 | 50905 |

| BILL TO | SHIP TO |
|---|---|
| National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 | National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 |

| TERMS | DUE DATE |
|---|---|
| Net 10 days | 11/2/2015 |

| ITEM | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| bana | Bananas | 576 | 16.00 | 9,216.00 |
| plan | Plantains | 132 | 25.00 | 3,300.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (U.S.C. 499 e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total** $12,516.00

Exhibit #7



# WESTWOOD
## BANANA CO.
### EST. 1915

**WESTWOOD BANANA CO., INC.**
109 PROSPECT PLACE
HILLSDALE, NJ 07642
201-664-2230

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/30/2015 | 51013 |

| BILL TO | SHIP TO |
|---|---|
| National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 | National Farms Wholesale Inc.<br>434-436 Row D<br>Hunts Point Ter. Mkt.<br>Bronx, NY 10474 |

| TERMS | DUE DATE |
|---|---|
| Net 10 days | 11/9/2015 |

| ITEM | DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|---|
| bana | Bananas | 192 | 15.00 | 2,880.00 |
| plan | Plantains | 84 | 25.00 | 2,100.00 |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (U.S.C. 499 e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

**Total** $4,980.00